83,192-01

FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK
OFFICE OF THE CLERK
AUG, 24, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta, Clerk

HONORABLE DALLAS COUNTY DISTRICT, CLERK
  FELICIA PITRE
 DALLAS COUNTY DISTRICT OF TEXAS
 FRANK CROWLY COURT BUILDING
 133 NORTH RIVERFRONT LB-12
 DALLAS TEXAS 75242

RE: CARL L. TENNISON V. THE STATE OF TEXAS
 TRL, CT. N0 F-10-72786

DEAR MS PITRE,
ENCLOSED FOR FILING IS APPLICANT-PETIT-
IONER "LEAVE TO AMEND FILED 11.07"

PLEASE GIVE NOTICE UPON RECEIPT,

THANK YOU RESPECTFULLY FOR YOUR ASSISTANCE
C.C. PROVIDED TO THIS ADDRESS:

 ABEL ACOSTA
COURT OF CRIMINAL APPEALS OF TEXAS
   OFFICE OF THE CLERK
  P.O. BOX 12308
  CAPITAL STATION
AUSTIN, TEXAS 78711

Carl Tennison
APPLICANT-PETITIONER-PRO SE

7 DISTRICT COURT OF TEXAS
DALLAS COUNTY TEXAS

CARL L. TENNISON
V.
THE STATE OF TEXAS

TRL CT NO
F-10-72786

## LEAVE TO AMEND FILED 11.07

APPLICANT-PETITONER BRING TO THE TRIAL COURT THIS ACTION TO AMEND A CONSTITU-TIONAL GROUND WHERE THE CONVICTING COURT ABUSE OF DISCRETION PREJUDICE APPLICANT BY NOT ALLOWING THE JURY-NOT PROCESS TO APPLICANT DURING TRIAL. AND NOT PROVIDING THE NECESSARY INFORM-ATION THAT THE JURY REQUESTED ON THE MEDICAL SUMMARY THAT WAS SUBMITTED AS EVIDENCE BY THE TRIAL COURT FROM THE STATE.

## FURTHER LEGAL ANALYSIS

TRIAL COURT NOT INFORMING THE JURY THAT THE PTO A WAS THE VICTIMS LEVEL OF THE AMOUNT OF ALCOHOL SHE HAD CON-SUMED PRIOR TO ENTERING THE HOSPITAL WHICH WAS (4) FOUR DRINKS ... VOL 4 AT 83: 17-25 AT 84-1-10 THE SUPRA REQUEST FROM THE JURY WAS FAVORABLE TO APPLIC-ANT-PETITIONER AND SUCH RESULTS MAY HAVE CAUSED A DIFFERENT VERDICT IF THE JURY HAD KNOWN.

## CONCLUSION

FOR THE FORE GOING REASONS SET OUT IN THIS "LEAVE TO AMEND FILED 11.07" APPLICANT PETITIONER ASK THAT RELIEF SOUGHT BE GRANTED SUE SPONTE.

Carl Tennison

APPLICANT-PETITIONER-PRO SE